UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTICT OF MICHIGAN

TAMICA ANTOINETTE EPPS-HARRIS        CHAPTER 7

                                                 Case No. 10-52388

                                                Hon. PHILLIP SHEFFERLY

    <u>Debtor</u>/

TAMICA ANTOINETTE EPPS-HARRIS
     Plaintiff

        v

                                           Adv. No. 13-05285
  OCWEN and NATIONWIDE CREDIT, INC.
    Defendants
    <u>              </u>/

                          Certificate of Service

I hereby certify that on November 4, 2013, that I served, by certified mail, postage pre-paid, a copy of the re-issued Summons and Complaint in this case, to:

JOHN V. BRITTI, CHIEF FINANCIAL OFFICER
OCWEN LOAN SERVICING LLC
1661 Worthington Road, STE 100
Est Palm Beach FL 33409-6493


November 4, 2013

<u>/s/ Kurt O'Keefe</u>
Kurt O'Keefe P30718
Attorney for Debtor-Plaintiff
1593 Torrey Road
G. P. Woods MI 48236
313-962-4630
kurt@stopcreditor.com